```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 04845
    WILLIE L DOUGLAS
    CAROLYN DOUGLAS                             CHAPTER 13

                                                JUDGE: JACQUELINE P COX
          Debtor
   SSN XXX-XX-8500      SSN XXX-XX-2794

-----------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      The case was filed on 02/09/2004 and was confirmed 05/03/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was paid in full 01/08/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
-----------------------------------------------------------------------------
CHASE MANHATTAN MORTGAGE   CURRENT MORTG        .00              .00            .00
HOMEOWNERS SECURITY CORP   SECURED          2201.14          3075.20        2201.14
HOMEOWNERS SECURITY CORP   UNSECURED            .00              .00            .00
REGIONAL REDEVELOPMENT     SECURED NOT I   NOT FILED            .00            .00
ROUNDUP FUNDING LLC        UNSECURED        1542.35             .00         154.24
ROUNDUP FUNDING LLC        UNSECURED        1836.67             .00         183.67
LVNV FUNDING LLC           UNSECURED        5672.54             .00         567.25
BANKFIRST                  UNSECURED       NOT FILED            .00            .00
BLAIR CORPORATION          UNSECURED       NOT FILED            .00            .00
CAPITAL ONE BANK           UNSECURED        2556.65             .00         255.67
RESURGENT ACQUISITION LL   UNSECURED        1202.27             .00         120.23
CAPITAL ONE BANK           UNSECURED        1587.47             .00         158.75
CAPITAL ONE BANK           UNSECURED         740.42             .00          74.04
CAREY MOTORS               UNSECURED       NOT FILED            .00            .00
LANE BRYANT                UNSECURED       NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED         340.00             .00          34.00
MIDNIGHT VELVET            UNSECURED         208.72             .00          20.87
ECAST SETTLEMENT CORP      UNSECURED        1175.35             .00         117.54
NICOR GAS                  UNSECURED         519.01             .00          51.90
SANTANNA ENERGY SERVICE    UNSECURED       NOT FILED            .00            .00
SEARS ROEBUCK & CO         UNSECURED       NOT FILED            .00            .00
SOCIAL SECURITY ADMINIST   UNSECURED       NOT FILED            .00            .00
ECAST SETTLEMENT CORP      UNSECURED        1025.95             .00         102.60
CHASE MANHATTAN MORTGAGE   MORTGAGE ARRE    1717.81             .00        1717.81
CAPITAL ONE BANK           UNSECURED        3372.55             .00         337.26
US DEPT OF JUSTICE         FILED LATE      47994.88             .00            .00
HOMEOWNERS SECURITY CORP   UNSECURED        1123.68             .00         112.37
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      2,569.00                       2,569.00
TOM VAUGHN                 TRUSTEE                                           663.46
DEBTOR REFUND              REFUND                                              .00

      Summary of Receipts and Disbursements:
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 04845 WILLIE L DOUGLAS & CAROLYN DOUGLAS

```
-----------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                  12,517.00

PRIORITY                                            .00
SECURED                                        3,918.95
    INTEREST                                   3,075.20
UNSECURED                                      2,290.39
ADMINISTRATIVE                                 2,569.00
TRUSTEE COMPENSATION                             663.46
DEBTOR REFUND                                       .00
                         ---------------   ---------------
TOTALS                    12,517.00          12,517.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 04/24/08         _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE